IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04044-FJG-1 |
| | ) | |
| Eloy Castaneda-Gonzalez, | ) | |
|       Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #131 filed on July 25, 2013), to which no objection has been filed, the plea of guilty to Counts One and Two of the Indictment which was filed on June 27, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                            ***/s/ Fernando J. Gaitan, Jr.***
                                                                            Fernando J. Gaitan, Jr.
                                                                            Chief United States District Judge

Dated: August 14, 2013
Kansas City, Missouri